IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KENNETH MORGAN,**

    **Plaintiff,**

v.                                                   No. 12cv0583 KG/LAM

**KENNETH CARREJO,**

    **Defendant,**

**and**

**STATE OF NEW MEXICO
RISK MANAGEMENT DIVISION,**

    **Plaintiff-in-Intervention,**

vs.

**KENNETH CARREJO,**

    **Defendant-in-Intervention.**

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

The Court has been notified that the parties reached a negotiated resolution in this matter.

**WHEREFORE, IT IS HEREBY ORDERED** that closing documents must be filed no later than **Thursday, January 16, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                      *Lourdes A. Martínez*
                                                  **LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**