IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH MORGAN,

    Plaintiff,

vs.                                No. 12-CV-583 KJG/LAM

KENNETH CARREJO,

    Defendant, and

STATE OF NEW MEXICO
RISK MANAGEMENT DIVISION,

    Plaintiff-in-Intervention,

vs.

KENNETH CARREJO,

    Defendant-in-Intervention.

## STIPULATION OF DISMISSAL OF CASE

    COME NOW all parties (to wit: Plaintiff, Defendant, and the Plaintiff-in-Intervention New Mexico Risk Management Division), by and through their respective undersigned attorneys, pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal with prejudice of all claims and the entirety of the Complaint (Doc. No. 1-1) in the above-referenced civil action, and the dismissal with prejudice of all claims that were or could have been brought against Defendant Kenneth Carrejo and/or the New Mexico Corrections Department and/or its employees as identified in the events set forth in Plaintiff's Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights dated May 15, 2012, by Plaintiff or any other party.

This Stipulation of Dismissal is being entered without any admission, finding or implication of negligence, liability and/or wrongdoing of any kind by Defendant or any other person or entity.

The parties shall each bear their own fees and costs.

Agreed, Stipulated and Submitted By:

/s/ Matthew Coyte
MATTHEW COYTE
JACK BENNETT JACKS
Attorneys for
Plaintiff Kenneth Morgan


/s/ Bryan C. Garcia
BRYAN C. GARCIA
Attorney for
Defendant Kenneth Carrejo


/s/ Michael Dickman
MICHAEL DICKMAN
Attorney for
Plaintiff-in-Intervention
Risk Management Division


CERTIFICATE OF SERVICE

I certify that I caused copies of this notice
to be electronically served on
all counsel of record
at their respective email addresses as registered on CM/ECF
on the date of filing hereof.

/s/ Michael Dickman
MICHAEL DICKMAN